# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1192

_____

| | | |
|---|---|---|
| Chidi N. Anunka, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| Joan Campbell; Minneapolis City | * | **[UNPUBLISHED]** |
| Council, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  June 28, 2001
Filed:  July 5, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Chidi N. Anunka appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 action as time-barred.  Having carefully reviewed the record and the parties' briefs, we agree that the complaint was filed after the expiration of the applicable six-year limitations period, see Owens v. Okure, 488 U.S. 235, 249-50 (1989); Berg v. Groschen, 437 N.W.2d 75, 77 (Minn. Ct. App. 1989), and that the circumstances did

_____

[1]The HONORABLE JOHN R. TUNHEIM, United States District Judge for the District of Minnesota, adopting the report and recommendations of the HONORABLE FRANKLIN L. NOEL, United States Magistrate Judge for the District of Minnesota.

not justify equitable tolling, <u>see</u> <u>Wilson v. Garcia</u>, 471 U.S. 261, 269 (1985); <u>Ochs v. Streater, Inc.</u>, 568 N.W.2d 858, 860 (Minn. Ct. App. 1997).  Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.